STONE-HOOD AWNING COMPANY, INC., Respondent, *v.*
GEORGE ZIPP, Appellant.

*Vendor and purchaser — sale of northerly fifty feet of plot of land fronting
diagonally on street — when purchaser entitled to conveyance of strip
fifty feet in width between its north and south lines.*

*Stone-Hood Awning Co. v. Zipp,* 210 App. Div. 866, affirmed.

(Argued February 27, 1925; decided March 31, 1925.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered October 9, 1924, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
an Equity Term. Plaintiff purchased part of a plot of
land in the city of Buffalo from the defendant described
as " being the northerly fifty (50) feet measuring parallel
with the northerly line of premises described " in a
certain deed. The easterly line of the premises conveyed
was an oblique line constituting the westerly line of Main
street. The plaintiff claimed that it was entitled to a
conveyance of a strip of land fifty feet in width through-
out its entire distance with its north and south lines
parallel and fifty feet apart. The defendant, on the
other hand, maintained that the contract as shown by
its terms and a certain blue print did not contemplate or
require the transfer of any other or different piece of
property than a piece of land having a slanting frontage
of fifty feet on Main street and with its north and south
lines parallel but not fifty feet apart.

*Worthy B. Paul* and *Richard Wray Werner* for appellant.

*Thomas R. Stone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE,
ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.